IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-140-RLV-DCK

| | |
|---|---|
| DARYL A. HENSLEY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Request For Stay Of Motion To Dismiss" (Document No. 7) filed October 2, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will grant the motion.

Plaintiff seeks to stay a decision on the pending "…Motion To Dismiss" (Document No. 5) until after the Appeals Council has ruled on Plaintiff's request for extension nunc pro tunc pursuant to 20 C.F.R. § 404.982. The undersigned finds good cause to allow the motion.

**IT IS, THEREFORE, ORDERED** that "Consent Request For Stay Of Motion To Dismiss" (Document No. 7) is **GRANTED**, and this matter is **STAYED**. Plaintiff shall file a Status Report, or a response to the pending motion, within **fourteen (14)** days of the Appeals Council's ruling.

**SO ORDERED**.

Signed: October 2, 2015

David C. Keesler
United States Magistrate Judge