**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL ACTION NO.  1:15-CV-140-RLV-DCK**

| | |
|---|---|
| **DARYL A. HENSLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  <u>ORDER</u> |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| **Acting Commissioner of Social Security** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case.

The Court notes that the parties filed a "Consent Request For Stay Of Motion To Dismiss"
(Document No. 7) on October 2, 2015, and on that same day, the undersigned granted that motion
(Document No. 8).  The parties were ordered to file a "Status Report, or a response to the pending
motion, within **fourteen (14)** days of the Appeals Council's ruling." <u>Id</u>.  To date, the Court has
received no further updates in this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if
possible, on or before **March 31, 2016,** regarding the status of this matter.

**SO ORDERED**.

Signed: March 17, 2016

David C. Keesler
United States Magistrate Judge